IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In the Matter of

NATIONAL LABOR RELATIONS BOARD,

    Applicant

and

CARBERRY'S BAKERY, LLC,

    Respondent

04cv12518 JLT

## NOTICE OF APPEARANCE

The undersigned hereby enters an appearance on behalf of the National Labor Relations Board, the Applicant herein.

_____
Emily Goldman, Counsel for Applicant
BBO# 630568
National Labor Relations Board
First Region
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street - 6th floor
Boston, Massachusetts 02222-1072
(617) 565-6734