IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In the Matter of

NATIONAL LABOR RELATIONS BOARD,

Applicant

and

CARBERRY'S BAKERY, LLC,

Respondent

04cv12518 JLT

## ORDER ENFORCING SUBPOENA DUCES TECUM

This cause came to be heard on Application of the National Labor Relations Board (the Board), by its General Counsel and by Ronald S. Cohen, Regional Attorney for Region One of the Board, for an order requiring Respondent Carberry's Bakery to obey and comply with a certain subpoena duces tecum duly and properly served upon the Respondent as set forth in the Application.

The Court, upon consideration of the pleadings, evidence, briefs, arguments of counsel, and the entire record in the case, hereby finds that Respondent Carberry's Bakery has failed to obey the subpoena and is guilty of contumacy within the meaning of Section 11(2) of the Act [29 U.S.C. Section 161(2)]. It is, therefore,

**ORDERED** that Respondent Carberry's Bakery obey the subpoena by:

1. appearing before a representative of the Regional Director of Region One at such time and place as she may designate;

2. then and there producing the records described in the subpoena, as further described in Exhibit B of the Board's Application; and

3. giving a sworn affidavit and testimony and answering any and all questions relevant and material to the matters under investigation and in question in the Board's proceedings.

_____
United States District Judge

Dated at Boston, Massachusetts

__1/3/2005__.